1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670

4  Tel: (562) 868-5886
   Fax: (562) 868-5491
5  E-Mail: steven_rohlfing.office@speakeasy.net

6  Attorneys for Plaintiff KEITH GIBBS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GIBBS, | Case No.: CV 09-4463 RZ |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including December 11, 2009, in which to file Plaintiff's ~~Motion for Summary Judgment~~ Memorandum in Support of Complaint; the response by defendant is due on or before January 11, 2010.

IT IS SO ORDERED.

DATE: November 16, 2009

_____

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE