1  GEORGE S. CARDONA
2  Acting United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
4  Chief, Civil Division
   DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6         Social Security Administration
          333 Market Street, Suite 1500
7         San Francisco, California 94105-2102
8         Telephone: (415) 977-8962
          Facsimile: (415) 744-0134
9         Email: dennis.hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| KEITH GIBBS, | ) No. CV 09-4463 RZ |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand;  Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND**

//

-1-

1  **DECREED** that the above-captioned action is remanded to the Commissioner of
2  Social Security for further proceedings consistent with the Stipulation to Remand.

3  
4  DATED: January 13, 2010                    _____
                                               HON. RALPH ZAREFSKY
5                                              UNITED STATES MAGISTRATE JUDGE