1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Keith Gibbs

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 KEITH GIBBS,                     ) Case No.: CV 09-04463 RZ
                                    )
12        Plaintiff,                ) {PROPOSED} ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                           ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
15                                  )
         Defendant                  )
16                                  )
                                    )
17 _____ )

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Lawrence D. Rohlfing, as Plaintiff's assignee ~~and subject to the reservation of~~

21 ~~rights,~~ the amount of $3,400.00, as authorized by 28 U.S.C. § 2412(d).~~, subject to~~

22 ~~the terms of the above-referenced Stipulation~~.

23 DATE: April 02, 2010

24                              _____
                                THE HONORABLE RALPH ZAREFSKY,
25                              UNITED STATES DISTRICT COURT
                                UNITED STATES MAGISTRATE JUDGE
26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ `Steven G. Rosales`
   _____
4  Steven G. Rosales
Attorney for plaintiff Keith Gibbs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26